No. 655. FINCH ET AL. *v.* ILLINOIS. November 25, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Scerial Thompson* for petitioners. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 502. NEW YORK EX REL. LUTZ *v.* MARTIN, WARDEN. November 25, 1946. Petition for writ of certiorari to the Supreme Court, Appellate Division, of New York, denied.

No. 665. MYERS *v.* RAGEN, WARDEN. November 25, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 671. DAWSETT *v.* BUSH, WARDEN. November 25, 1946. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 683. GREEN *v.* ILLINOIS. November 25, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 684. NEWMAN *v.* RAGEN, WARDEN. November 25, 1946. Petition for writ of certiorari to the Circuit Court of Bond County, Illinois, denied.